FILED: October 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4553
(3:18-cr-00025-NKM-JCH-3)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

THOMAS WALTER GILLEN

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion to supplement the record, the court denies the motion without prejudice to refiling of a motion to supplement the record in the district court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk