IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITES STATES OF AMERICA,<br>      Appellee | )<br>)<br>) | |
| v. | )<br>)<br>) | Appeal No. 19-4553 |
| THOMAS GILLEN,<br>      Appellant | )<br>)<br>) | |

MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX

Comes now the Appellant, by and through Counsel, and moves this Honorable Court, pursuant to Federal Rule of Appellate Procedure 26 and Fourth Circuit Rule 26, for a 21-day extension of time in which to file the Opening Brief and Appendix in this case, which is due 30 October 2019. In support of its motion, the undersigned Counsel states as follows:

1. Defendant-Appellant filed a Motion to Supplement the Record on 17 October 2019.

2. The United States filed its response on 29 October 2019.

3. On 30 October 2019, this Honorable Court issued its Order denying the Motion to Supplement the Record without prejudice to refiling of a Motion to Supplement the Record in the District Court.

4. Defendant-Appellant intends to refile in the District Court.

5. The United States does not object to this Motion.

For the above-stated reasons, the undersigned Counsel respectfully requests that the Court extend the due date for the Opening Brief and Appendix until 19 November 2019.

Respectfully submitted,

THOMAS GILLEN

By Counsel

_/s/ Augustus Invictus_____
Augustus Invictus, Esq.
The Law Office of Augustus Invictus, P.A.
424 E. Central Blvd. #154
Orlando, Florida 32801
Phone: 310.824.3725
Email: InvictusPA@protonmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 30 October 2019, I electronically filed the foregoing motion of Appellant with the Clerk of the Court using the CM/ECF System, which will send notice, and constitute service, of such filing to the following registered CM/ECF user: Laura Rottenborn, Assistant United States Attorney, Counsel for the Appellee.

_/s/ Augustus Invictus____
Augustus Invictus, Esq.
