**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 3, 2019

_____

DOCKET CORRECTION NOTICE
_____

No. 19-4553,   US v. Thomas Gillen
                        3:18-cr-00025-NKM-JCH-3

TO:    Thomas Walter Gillen

BRIEF AND APPENDIX CORRECTION DUE:  December 9, 2019

Please make the correction identified below and file a corrected document by the
due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as
a modifier if corrections require the refiling of the electronic brief/appendix.
Arrangements may be made with the clerk for return of paper copies for correction.
The time for filing the next brief is unaffected by this notice.

[ X] <u>See Checklist</u>: Please make corrections identified on attached checklist.

➔ The electronic copy of the opening brief was filed using the wrong event. All
   briefs must be filed using the **BRIEF** entry.
➔ The electronic copy of the joint appendix does not have a cover. The paper
   copy of the joint appendix was not received.
➔ The paper copy of the opening brief must have a blue cover. Single sided
   copying is required for all briefs. Double sided copying is preferred for the
   joint appendix.
➔ All briefs and joint appendices must be bound. Binding must be secure down
   the full left side and must not obscure text. Acceptable bindings include
   spiral and perfect binding.

Jeffrey S. Neal, Deputy Clerk
804-916-2729