IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITES STATES OF AMERICA,<br>　　　　Appellee | )<br>)<br>) | |
| v. | )<br>) | Appeal No. 19-4553 |
| | )<br>) | |
| THOMAS GILLEN,<br>　　　　Appellant | )<br>)<br>) | |

MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX

　　　　Comes now the Appellant, by and through Counsel, and moves this Honorable Court, pursuant to Federal Rule of Appellate Procedure 26 and Fourth Circuit Rule 26, for a 21-day extension of time in which to file the Opening Brief and Appendix in this case, which are due in their corrected forms 26 December 2019. In support of its motion, the undersigned Counsel states as follows:

　　　　1.　　　　Appellant filed his Opening Brief and Appendix on 25 November 2019.

　　　　2.　　　　This filing was made incorrectly.

　　　　3.　　　　On 03 December 2019, the Clerk filed a Rule 45 Notice, ordering Appellant to file a corrected Opening Brief and Appendix and a Motion for Extension of Time by 26 December 2019.

　　　　4.　　　　All paperwork is ready to be filed in accordance with the Clerk's Notice.

5. The United States could not be reached for its position on this Motion.

For the above-stated reasons, the undersigned Counsel respectfully requests that the Court extend the due date for the Opening Brief and Appendix until 26 December 2019.

Respectfully submitted,

THOMAS GILLEN

By Counsel

 /s/ Augustus Invictus_____
Augustus Invictus, Esq.
The Law Office of Augustus Invictus, P.A.
424 E. Central Blvd. #156
Orlando, Florida 32801
Phone: 310.824.3725
Email: InvictusPA@protonmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 26 December 2019, I electronically filed the foregoing motion of Appellant with the Clerk of the Court using the CM/ECF System, which will send notice, and constitute service, of such filing to the following registered CM/ECF user: Laura Rottenborn, Assistant United States Attorney, Counsel for the Appellee.

 /s/ Augustus Invictus____
Augustus Invictus, Esq.