# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 2, 2020

_____

STATUS OF COUNSEL NOTICE
_____

No. 19-4553,   US v. Thomas Gillen
                3:18-cr-00025-NKM-JCH-3

TO:   Thomas Walter Gillen

**STATUS OF COUNSEL FORM DUE: 02/03/2020**

It appears that substitution of counsel may be required for the reasons indicated in the government's motion for abeyance. The defendant is entitled to representation by counsel on appeal. It is in the defendant's best interests to be represented by counsel to ensure that legal challenges to the district court's judgment are properly identified and presented on appeal.

The enclosed **status of counsel form** must be completed and returned to this office by the due date shown.


Jeffrey S. Neal, Deputy Clerk
804-916-2729

Copies:   Augustus Sol Invictus
           Laura Day Rottenborn

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

_____

## STATUS OF COUNSEL FORM

_____

No. 19-4553,   <u>US v. Thomas Gillen</u>
             3:18-cr-00025-NKM-JCH-3

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I have previously qualified to proceed as an indigent in this case and request appointment of counsel.

2. [ ] I have arranged to be represented in this case by counsel whose name, address, and phone number are listed below:

_____

_____

_____


Date: _____

Signature: _____