# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## STATUS OF COUNSEL FORM

No. 19-4553,   <u>US v. Thomas Gillen</u>
3:18-cr-00025-NKM-JCH-3

I make the following election with respect to counsel for appeal (please check one):

1. [✓] I have previously qualified to proceed as an indigent in this case and request appointment of counsel.

2. [ ] I have arranged to be represented in this case by counsel whose name, address, and phone number are listed below:

I request to be represented by my previous court appointed CJA counsel David Eustis who represented me throughout the district court proceedings.

Date: 1/10/2020

Signature: *Tom Gillen*

NAME Thomas W Gillen
REG. NO. 77035-112 QTR. WB
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

**CERTIFIED MAIL**

7018 2290 0001 1301 8241

United States Court of Appeals
For the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219




