# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 29, 2020

_____

RESPONSE REQUESTED
_____

No. 19-4553,  <u>US v. Thomas Gillen</u>
              3:18-cr-00025-NKM-JCH-3

TO:   Thomas Walter Gillen

RESPONSE DUE: 02/10/2020

Response is required to the motion to place case in abeyance on or before 02/10/2020.

Jeffrey S. Neal, Deputy Clerk
804-916-2729