# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 16, 2022

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Thomas Walter Gillen
           v. United States
           No. 22-6062
           (Your No. 19-4553)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 10, 2022 and placed on the docket November 16, 2022 as No. 22-6062.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst